UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9/18/2012 20
Roberta D. Tabora, Clerk
By: _____ Deputy Clerk

GRAND JURY B-12-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:12CR____( ) |
| v. | VIOLATIONS: |
| MARYANNE STEPHENS | 18 U.S.C. Section 1344 (Bank Fraud) |
| | 18 U.S.C. Section 641 (Theft of Public Money) |
| | 18 U.S.C. Section 1028A(a)(1) (Aggravated Identity Theft) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Bank Fraud)

At all times relevant to this Indictment:

1. The defendant MARYANNE STEPHENS ("STEPHENS") resided in the District of Connecticut.

2. Sovereign Bank, N.A. ("Sovereign") was a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation. Sovereign had branch locations in the District of Connecticut and elsewhere throughout the United States.

3. From approximately March 2004 to approximately December 2010, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, STEPHENS planned and executed a scheme to defraud Sovereign by writing unauthorized checks drawn against the Sovereign bank account of account holder H.S., who was the

defendant's deceased mother-in-law and whose identity is known to the Grand Jury, in order to fraudulently obtain money held in that account, including Social Security Retirement Benefit payments that were deposited into the account for the benefit of H.S. As part of the scheme, STEPHENS obtained blank check stock for the account. On numerous occasions, STEPHENS fraudulently wrote checks against the account by forging H.S.'s signature on the checks and making the checks payable to cash, to herself, and to others. It was further part of the scheme that STEPHENS cashed such checks or caused such checks to be cashed, and the proceeds of such checks were then withdrawn from H.S.'s account at Sovereign.

4. From approximately March 2004 to approximately December 2010, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, STEPHENS knowingly did execute and attempt to execute a scheme and artifice to defraud Sovereign and to obtain moneys, funds, credits, assets, and securities owned by and under the custody or control of Sovereign by means of false and fraudulent pretenses, representations, and promises, to wit, she wrote unauthorized checks drawn against the Sovereign bank account of H.S. and caused the proceeds of such checks to be withdrawn from H.S.'s bank account at Sovereign before the fraud was discovered, including but not limited to the following checks on or about the following dates:

| **Date** | **Check #** | **Payee** | **Amount** |
| --- | --- | --- | --- |
| 9/14/2004 | 581 | Cash (Endorsed on back by Maryanne Stephens) | $ 4403 |
| 11/14/2005 | 598 | Cash (Endorsed on back by Maryanne Stephens) | $ 2800 |
| 2/15/2006 | 602 | Cash (Endorsed on back by Maryanne Stephens) | $ 2339 |
| 9/15/2006 | 608 | Maryanne Stephens | $ 1425 |
| 12/23/2009 | 656 | G.S. | $ 275 |

All in violation of Title 18, United States Code, Section 1344.

## COUNT TWO
### (Theft of Public Money)

5. From approximately March 2004 to approximately December 2010, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant MARYANNE STEPHENS willfully and knowingly did steal and purloin money of the Social Security Administration, a department or agency of the United States, namely, in excess of $1,000 of Social Security Retirement Benefit payments made to her deceased mother-in-law to which STEPHENS knew she was not entitled.

In violation of Title 18, United States Code, Section 641.

## COUNT THREE
### (Aggravated Identity Theft)

6. From approximately March 2004 to approximately December 2010, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant MARYANNE STEPHENS knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the name, signature, and bank account number of her deceased mother-in-law, H.S., whose identity is known to the Grand Jury, during and in relation to violations of Title 18, United States Code, Sections 1344 (bank fraud) and 641 (theft of public money), as charged in Counts One and Two of this Indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1).

                                    A TRUE BILL

                                        */s/*

                                  _____
                                  FOREPERSON

UNITED STATES OF AMERICA

*/s/ David B. Fein*
_____
DAVID B. FEIN
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
_____
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY

4