## CRIMINAL CALENDAR

---

The following criminal case will be presented by the United States of America in United States District Court, 141 Church Street, New Haven, Connecticut, before the Honorable Janet C. Hall, Chief United States District Judge, on Monday, November 28, 2016 at 2:00 p.m.

---

                                                AUSA Neeraj N. Patel

                                                Change of Plea Hearing

| | |
|---|---|
| UNITED STATES | Docket No.:  3:12-cr-203(JCH) |
| -vs- | |
| MARYANNE STEPHENS | COUNT 2:<br>18 U.S.C. § 641<br>(Theft of Public Money) |
| | Maximum Penalties:<br>Imprisonment:        10 years<br>Fine:                       Greater of $250,000 or twice the gross gain or loss resulting from the offense<br>Supervised Release:  3 years<br>Special Assessment:  $100.00 |

To:    Honorable Janet C. Hall, Chief United States District Judge

Cc:    United States Attorney's Office
         Clerk's Office, New Haven
         Robert F. Kappes, Esq.